FILED by IG D.C.
ELECTRONIC

SEPT 15, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

NML CAPITAL, LTD.,
Plaintiff,

V.

THE REPUBLIC OF ARGENTINA,
Defendant.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

**08-22542-MC-LENARD/GARBER**

Case Number: 03 CIV 8845 (TPG)

I, _____J. Michael McMahon_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __12/18/2006__, as it
Date

appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

SEPT 8, 2008
Date

J. Michael McMahon
Clerk

_____
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

1/11/07

Not
12/18/06

# xt



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NML CAPITAL, LTD.,

      Plaintiff,

  -against-

THE REPUBLIC OF ARGENTINA,

      Defendant.

------------------------------------- X

03 Civ. 8845 (TPG)

**JUDGMENT**

# 06,2728

MICROFILM
DEC 20 2006 -12:00 PM

    Plaintiff NML Capital, Ltd., having moved this court for summary judgment and the matter having come before the Honorable Thomas P. Griesa, United States District Court, and the Court, in its Opinion dated May 11, 2006, having granted summary judgment to plaintiff and directed that judgment be entered for the principal amount of the bonds described below, plus accrued interest,

    NOW, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover from defendant The Republic of Argentina ("Argentina") $284,184,632.30, calculated as follows:

    1.    With respect to the 10.25% Global Bonds due July 21, 2030, CUSIP No. 040114GB0, plaintiff shall recover from Argentina $180,652,105.58, comprised of: (i) $111,909,000.00 (unpaid principal amount of the bonds; (ii) $60,157,304.74 (unpaid interest on the principal amount of the bonds, at the contract rate of 10.25%); and (iii) $8,585,800.84 (interest on the unpaid interest, calculated at the statutory rate of 9%).

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK

2.  With respect to the 12% Global Bonds due February 1, 2020, CUSIP No. 040114FB1, plaintiff shall recover from Argentina $103,532,526.72, comprised of: (i) $60,244,000.00 (unpaid principal amount of the bonds); (ii) $37,913,557.04 (unpaid interest on the principal amount of the bonds, at the contract rate of 12%); (iii) $5,374,969.68 (interest on the unpaid interest, calculated at the statutory rate of 9%).

It is further **ORDERED** that, until further notice from the Court, plaintiff must refrain from selling or otherwise transferring the bonds involved in this action, without advising the Court in advance and obtaining the permission of the Court.

Dated: New York, New York
       December 18, 2006

ENTER:

_____
United States District Judge

_____
Clerk of the Court

By:_____
       Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _12/18/06_

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| NML Capital, Ltd. | The Republic of Argentina |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Republic of Argentina (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) ATTORNEY'S (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>José I. Astigarraga, Esq.<br>Jenelle E. LaChuisa, Esq.<br>Astigarraga Davis Mullins & Grossman, P.A.<br>701 Brickell Avenue, 16th Floor<br>Miami, FL 33131<br>Tel: (305) 372-8282 | ATTORNEYS (IF KNOWN) | FILED by IG D.C.<br>ELECTRONIC<br>SEPT 15, 2008<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - MIAMI |

(d) CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN AX IN ONE BOX ONLY)
- Q1 U.S. Government Plaintiff
- Q3 Federal Question (U.S. Government Not a Party)
- Q2 U.S. Government Defendant
- Q4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN AX IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | Q1 | Q1 | Incorporated or Principal Place of Business in This State | Q4 | Q4 |
| Citizen of Another State | ✓2 | Q2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | Q3 | Q3 | Foreign Nation | ✓6 | 6 |

Dade 08-MC-22542-Lenard/Garber

**IV. ORIGIN** (PLACE AN AX IN ONE BOX ONLY)
- Q1 Original Proceeding
- 2 Removed from State Court
- Q3 Remanded from Appellate Court
- Q4 Reinstated or Reopened
- Q5 Appeal to District Transferred from another district (specify)
- Q6 Multidistrict Litigation
- Q7 Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN AX IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| Q 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B Q 610 Agriculture | Q 422 Appeal 28 USC 158 | Q 400 State Reapportionment |
| Q 120 Marine | Q 310 Airplane / Q 362 Personal Injury - Med. Malpractice | B Q 620 Other Food & Drug | Q 423 Withdrawal 28 USC 157 | Q 410 Antitrust |
| Q 130 Miller Act | Q 315 Airplane Product Liability | B Q 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | 430 Banks and Banking<br>B Q 450 Commerce/ICC Rates/etc. |
| Q 140 Negotiable Instrument | Q 320 Assault Libel & Slander / Q 365 Personal Injury - Product Liability | B Q 630 Liquor Laws | | Q 460 Deportation |
| Q 150 Recovery of Overpayment & Enforcement of Judgment | Q 368 Asbestos Personal Injury Product Liability | B Q 640 R.R. & Truck | Q 820 Copyrights | Q 470 Racketeer Influenced and Corrupt Organizations |
| Q 151 Medicare Act | Q 330 Federal Employers Liability | B Q 650 Airline Regs. | Q 830 Patent | Q 810 Selective Service |
| B Q 152 Recovery of Defaulted Student Loan (Excl. Veterans) | Q 340 Marine | B Q 660 Occupational Safety/Health | Q 840 Trademark | Q 850 Securities/Commodities/Exchange |
| B Q 153 Recovery of Overpayment of Veteran's Benefits | Q 345 Marine Product Liability / PERSONAL PROPERTY / Q 370 Other Fraud | B Q 690 Other | **B SOCIAL SECURITY** | Q 875 Customer Challenge 12 USC 3410 |
| Q 160 Stockholders Suits | Q 350 Motor Vehicle / Q 371 Truth in Lending | | Q 861 HIA (1395ff) | Q 891 Agricultural Acts |
| Q 190 Other Contract | Q 355 Motor Vehicle Product Liability / Q 380 Other Personal Property Damage | **A LABOR** | Q 862 Black Lung (923) | Q 892 Economic Stabilization Act |
| Q 195 Contract Product Liability | Q 360 Other Personal Injury / Q 385 Property Damage Product Liability | | Q 863 DIWC/DIWW (405(g)) | Q 893 Environmental Matters |
| | | | Q 864 SSID Title XVI | Q 894 Energy Allocation Act |
| **A REAL PROPERTY** | | Q 710 Fair Labor Standards Act | Q 865 RSI (405(g)) | Q 895 Freedom of Information Act |
| Q 210 Landlord Condemnation | **A CIVIL RIGHTS / PRISONER PETITIONS** | Q 720 Labor/Mgmt Relations | | Q 900 Appeal of Fee Determination Under Equal Access to Justice |
| B Q 220 Foreclosure | | Q 730 Labor/Mgmt Reporting & Disclosure Act | **FEDERAL TAX SUITS** | |
| Q 230 Rent Lease & Ejectment | Q 441 Voting / B Q 510 Motions to Vacate Sentence | Q 740 Railway Labor Act | | Q 950 Constitutionality of State Statutes |
| Q 240 Torts to Landlord | Q 442 Employment | Q 790 Other Labor Litigation | A Q 870 Taxes (U.S. Plaintiff or Defendant) | (Q 890 Other Statutory Actions A or B) |
| Q 245 Tort Product Liability | Q 443 Housing/ Accommodations / HABEAS CORPUS: B Q 530 General | A Q 791 Empl. Ret. Inc. Security Act | A Q 871 RSI - Third Party 26 USC 7609 | |
| Q 290 All Other Real Property | Q 444 Welfare / A Q 535 Death Penalty | | | |
| | Q 440 Other Civil Rights / B Q 540 Mandamus & Other | | | |
| | / B Q 550 Civil Rights | | | |
| | / B Q 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
LENGTH OF TRIAL
via_____ days estimated (for both sides to try entire case)

**DEMAND**

**VI. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION 9 UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: Yes  X No

**VII. RELATED CASE(S)** (See instructions)
IF ANY       JUDGE_____    DOCKET NUMBER_____

DATE 9-15-08   SIGNATURE OF ATTORNEY OF RECORD   [signature]

FOR OFFICE USE ONLY
RECEIPT # 987079  AMOUNT 39—  APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____